IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| AVERY SHIRLEY, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | |
| ) | No. 05-759-CV-W-DW |
| TRUE VALUE COMPANY, ) | |
| formerly known as ) | |
| TRUSERV CORPORATION, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

**ORDER OF DISMISSAL**

Before the Court is the Parties' Stipulation of Dismissal with Prejudice. (Doc. 86). Pursuant to the parties' stipulation, this case is hereby DISMISSED WITH PREJUDICE with each party to bear his/its own costs and attorneys fees.

IT IS SO ORDERED.


Date: June 6, 2007 /s/ DEAN WHIPPLE
Dean Whipple
United States District Judge